UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DOUGLAS JAMES WILMURTH,

        Defendant.

**INDICTMENT**

_____/

The Grand Jury charges:

## COUNT 1
### (Felon in Possession of Firearms)

On or about December 1, 2023, in Berrien County, in the Southern Division of the Western District of Michigan,

DOUGLAS JAMES WILMURTH,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed the following firearms:

    a loaded Smith & Wesson, Model 5906, 9mm pistol;
    a loaded Harrington & Richardson, Model 22 Special, .22 caliber revolver;
    a loaded Tanfoglio Armi Giuseppe, Model EA9, 9mm pistol;
    a Wedgeway Arms Corp shotgun; and
    a Lorcin Engineering, Model L9mm, 9mm pistol,

and the firearms were in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

## COUNT 2
**(Possession with Intent to Distribute Methamphetamine)**

On or about December 1, 2023, in Berrien County, in the Southern Division of the Western District of Michigan,

DOUGLAS JAMES WILMURTH

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 3

**(Possession of a NFA Firearm)**

On or about December 1, 2023, in Berrien County, in the Southern Division of the Western District of Michigan,

DOUGLAS JAMES WILMURTH

knowingly possessed a firearm made from a Wedgeway Arms Corp shotgun modified to have an overall length of less than 26 inches, which was not registered to him in the National Firearms Registration and Transfer Record.

26 U.S.C. § 5861(d)
26 U.S.C. § 5871
26 U.S.C. § 5845(a)(1)
18 U.S.C. § 921

## FORFEITURE ALLEGATION
### (Count 1: Felon in Possession of Firearms)

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offenses in violation of 18 U.S.C. § 922(g)(1) set forth in Count 1 of this Indictment, Defendant,

DOUGLAS JAMES WILMURTH,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the offenses. The property to be forfeited includes, but is not limited to the following:

(1) a loaded Smith & Wesson, Model 5906, 9mm pistol (SN: TCT3043);

(2) a Lorcin Engineering, Model L9mm, 9mm pistol, (SN: L034570);

(3) a loaded Harrington & Richardson, Model 22 Special, .22 caliber revolver (SN: 594379); and

(4) a loaded Tanfoglio Armi Giuseppe, Model EA9, 9mm pistol (SN: AE00915);

(5) a Wedgeway Arms Corp shotgun (SN: 73925);

(6) assorted 9mm ammunition; and

(7) eight (8) rounds of .22 caliber ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

## FORFEITURE ALLEGATION
**(Count 3: Possession of a NFA Firearm)**

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 26 U.S.C. § 5872.

Upon conviction of the offenses in violation of 26 U.S.C. § 5861(d) set forth in this Indictment, Defendant,

DOUGLAS JAMES WILMURTH,

shall forfeit to the United States, pursuant to 26 U.S.C. § 5872, any firearm involved in or used in the offenses. The property to be forfeited includes, but is not limited to, a Wedgeway Arms Corp shotgun (SN: 73925).

26 U.S.C. § 5872
26 U.S.C. § 5861(c)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_/s/_____
LATOYIA T. CARPENTER
Assistant United States Attorney